IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVESTER C. EKWUNIFE<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br>*Defendants* | : | NO. 23-1720 |

## ORDER

AND NOW, this 12th day of December 2023, upon consideration of Defendant United States Citizenship and Immigration Services' Motion to Dismiss (Doc. No. 6) and Plaintiff Sylvester Ekwunife's Response (Doc. No. 8), it is hereby **ORDERED** that the United States Citizenship and Immigration Services' Motion to Dismiss (Doc. No. 6) is **GRANTED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum. The Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE